NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

ROBERT N. CADRECHA AND CYNTHIA
CADRECHA,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

_____

2012-5089

_____

Appeal from the United States Court of Federal Claims in case no. 11-CV-152, Judge George W. Miller.

_____

## ON MOTION

_____

## O R D E R

The parties move to dismiss this appeal due to a settlement agreement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

ROBERT CADRECHA V. US                                              2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate:    DEC 26 2012